JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **THYRONE RYAN STEWART,** | ) | **NO. EDCV 18-0909-RSWL (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **CIM, Warden (Borders),** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

     Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.


DATED: 6/19/2018

                                  s/ RONALD S.W. LEW
                                    HON. RONALD S. W. LEW
                                    U.S. DISTRICT JUDGE